To. The United States District Court
    Attention: Clerk of Court
    United States District Court
    Federal Building
    Miami, Florida

Re: Obstruction of filing a Civil
    Rights claim pursuant to 42
    U.S.C. § 1983.

CIV - HUCK

MAGISTRATE JUDGE
SORRENTINO

Dear Honorable Clerk;                                              January 10, 2001

      This letter is to inform the Court that I have been trying to pursue a Civil Action in relation to an assault that occurred to me by the U.S. Marshal's Office on June 28, 2000, while inside the United States District Courthouse in Fort Lauderdale, Florida.
      I was transferred from a holdover facility in Altanta, Georgia to Federal Detention Center in Tallahassee, Florida. And, upon my arrival there I was informed that all my legal documents that I had with me had become missing. I confronted tha Jail Adminstrator, Mr. Stiles, as well as Mr. Williams and also Mr. Kokle about this matter and they just replied that they would see if they could locate this material.
      I believe this was a delibrate act, in that I have very substantial evidence that would clearly not only prove the assault, but that the assault was in fact premeditated as well. There is sworn statements to the comments made prior to assault, that were overheard by individuals, that were then provided to counsel in the form of sworn statements.
      I am now in the Federal Correctional Institution in Miami, Florida, and fully intend to proceed with the commencement of not only civil action against said individuals, but the filing of criminal charges through the local law enforcement office of the Fort Lauderdale Police Department. I have also typed up a Motion, Affidavit in Support, List of Scheduled item(s) that were illegally seized from my residence on June 22, 2000, and a Certificate of Service for the same. Rule 41(e) F.R.Crim.P.
      As stated by the Motion(s), I will move to have the jurisdiction of this matter moved to this Honorable Court in light of issues that occurred in the District Court in Fort Lauderdale, Florida. I ask that this Honorable Court please provide me with the necessary forms so that I may proceed as I have intended. Please send documents to the following:

Randy Anthony Weaver
#92903-071                                              Sincerely Yours,
Federal Correctional Institution
P.O. Box 779800                                         Randy A. Weaver
Miami, Florida 33177                                    Randy A. Weaver

SCANNED