IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-325-CIV-HUCK

JUDGE: SORRENTINO

RANDY A. WEAVER,                          :

     Plaintiff,                         :       PLAINTIFF'S AFFIDAVIT

V.                                        :       IN SUPPORT OF MOTION FOR THE

                                         :       APPOINTMENT OF COUNSEL IN A

JAMES MEEHAN, Et, Al.,.                   :       CIVIL ACTION

     Defendant(s).                      :       Pursuant to 28 U.S.C. § 1915(d)

_____/

COMES NOW, Randy A. Weaver, the plaintiff in the above-captioned matter, does hereby state the following to the Court, in support of plaintiff's Motion for the Appointment of Counsel in Civil Action.

TO WITT:

(1). The plaintiff alledges that the statements contained within the civil complaint are based upon actual incidents, in which the defendant's are completely responsible and that the defendant's committed these acts " **under color of law**", therefore, the plaintiff is entitled to relief in this civil action.

(2). That the defendant's being those in positions of auth-ority are represented by attorney's to protect them from such act-ions as this plaintiff is now bringing against them, and that the defendant's will be represented by counsel in this matter.

(3). In support of plaintiff's Motion for Counsel, plaintiff relies on **Haun V. McLey, 737 F.2d 771 (1984)**, in which the court held that a plaintiff is

plaintiff has shown to the court that plaintiff has presented colorable civil claims to the court. **Citing, <u>Nelson V. Redfield Lithograph Printing</u>, 728 F.2d 1003 (8th Cir. 1984),** the court held that, " when an indigent presents a colorable claim to a court, the court, upon request, should order the appointment of counsel from the bar." Further supporting plaintiff's claim for counsel is the case of **<u>Abdullah V. Gunter</u>, 949 F.2d 1032 (8th Cir. 1991),** the court stating, "[T]he appointment of counsel should be given serious consideration by the district court if the plaintiff has not alleged a frivolous or malicious claim. If a frivolous claim has been alleged, the district court may dismiss the claim. However, once the court is satisfied that plaintiff has alleged a valid prima facie claim, then further inquiry should be made as to need. The court should satisfy itself that plaintiff has in good faith attempted to retain counsel and has been unsuccessful. The court should also determine whether the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel.", **Nelson Id at 1005.** See also, **<u>Johnson V. Williams</u>, 788 F.2d 1319, 1322-1323 (8th Cir. 1986); <u>Bailey V. Lawford,</u> 835 F.Supp. 550 (S.D.Cal. 1993)[n A-1]; <u>Scott V. Tyson Foods</u>, 943 F.2d 17 (8th Cir. 1991); <u>Sours V. Norris</u>, 782 F.2d 106 (8th Cir. 1986),** and further, this Honorable Court has the authority to appoint counsel under **28 U.S.C.§ 1915(d).**

**WHEREFORE,** the plaintiff prays that this Honorable Court, upon review of the merits of this matter, grant plaintiff's Motion for Appointment of Counsel, and forthwith order that counsel is necessary due to the complex litigation that would

during the course of a civil trial.

Plaintiff submitts the enclosed document as (**EXHIBIT AS-01"),** in support of showing Court that the Plaintiff's case does indeed have merit, and should proceed, and to help this Honorable Court to decide on Plaintiff's motion for the Appointment of Counsel.

Plaintiff states the above is true and correct under penalty of perjury, **28 U.S.C. §1746.**

Dated this _17_ day of
_April_ ,2001.

Respectfully Submitted,

Randy Anthony Weaver-Pro Se
# 92903-071
Federal Correctional Inst.
P.O. Box 779300
Miami, Florida  33177

CIVIL EXHIBIT "AS-01"

**...nburg Ear, Nose and Throat**
**& Neck Surgery Clinic, P.A.**
...rentine Drive • Suite A
...burg, SC 29303

08/17/00

PATIENT'S NAME: BRANDY R. HOOVER    ACCT NO.
ADDRESS: 950 CALIFORNIA AVENU  SPARTANBURG SC 29301
TELEPHONE NO. (864) 596-2626    AGE 36   DOB 07/26/64   SEX M

...ED BY _____  INSURANCE _____

Nasal FX    6-28-00

Pt. was assaulted by U.S. Marshalls on 6-28-00 he ended up c a nasal FX but was refused medical treatment. Hard to breath thru right side of nose. Still has pain at night if lies on it. When bites down c front teeth it hurts up into nose.

MEDS: c/o some h/a & vision problems since accident.

ALLERGIES: _____

...ATIONS: Xray at SRMC - was told FX.

HX OF: ASTHMA ___ HAY FEVER ___ CHEST PAIN ___ SOB ___ FREE BLEEDER ___ TOBACCO ___ ALCOHOL ___ STREET DRUG ___

...OUS ILLNESS _____  GENERAL HEALTH ___

TBC ___ CANCER ___ DIABETES ___ ASTHMA ___ HAY FEVER ___

SIGNS: HT ___ WT 149.8 T ___ P ___ R ___ B/P ___ STANDING B/P ___

D: APP. NL    SCARS ∅    LESIONS ∅    MASSES ∅
TENDERNESS ___    FACIAL NERVE ___

S: EOM ___ DIPLOPIA ___ PUPILS ___ CORNEA ___ VISION ___
CANAL RT clear    DRUM RT clear    PINNA NC
CANAL LT rem. impacted wax    DRUM LT clear    PNEUMO OTO ___
EXT NL    SEPTUM dev. ® area II TURBINATES nl    SMELL ___
ENDOSCOPY: tender over (L) area I anterior nasal spine

...UTH: LIPS NL    GUMS NC    MUCOSA moist    TONGUE NL
TEETH lost 4 molars or premolars PALATE intact    UVULA NL
...OAT: TONSILS ___ still has    PILLARS NL    POST PHARYNX NC
...PHARYNX: ADENOIDS ___ E. TUBE ___ POST CHOANAE ___
...YNX: EPIGLOTTIS ___ VALLECULA ___ PYRIFORM SINUS ___
ARYTENOIDS ___ FALSE CORDS ___ CORDS ___

CK: SYMMETRY NC    TRACHEA midline    THYROID ∅ enl
SALIVARY GLANDS ∅ enl    LYMPH NODES ∅ enl
OTHER MASSES ∅    TENDERNESS ∅

SP: LUNGS ___ CHEST SYMMETRY ___ EXPANSION ___
HEART ___ CAROTID ___
...URO: ROMBERG ___ SHARP ROMBERG ___ F-N ___ NYSTAGMUS ___
CN ___ MOOD AFFECT ___ ORIENTED X 3 ___
...IN: COLOR NL    TEMP. warm    MOIST ✓

...DIO/X-RAY: ___
...AGNOSIS: dev. septum, imp. cerumen
...EATMENT: Only things to improve breathing thru nose would be surg. - explained. Disc. surg. & post-op expectations, risks: bleeding, inf. This is op local.

## CERTIFICATE OF MAILING AND PROOF OF FILING

I hereby certify that I did cause to be personally served upon the Clerk of Court for the Southern distrcit of Florida, at Miami, a true and correct copy of the Plaintiff's Affidavit in Support of Plaintiff's Motion for the Appointment of Counsel in a Civil Matter, by placing the same in the United States Mail Service, at the Federal Correctional Institution, and properly affixed postage to the same, and addressed as follows:

To: The Honorable Clerk of Court
    Southern district of florida
    federal courthouse Square
    301 N. Miami Avenue, Room 150
    Miami, Florida  33128-7788

Plaintiff attached to said Affidavit, a true and correct copy of the Medical findings regarding the assault in question in this matter, and labeled the same as **EXHIBIT "AS-01"**, and states the above under penalty of perjury, **28 U.S.C. §1746.**

Dated this 17th day of
_____,2001.

Respectfully Submitted,

_____
Randy Anthony Weaver-Pro Se
# 92903-071
Federal Correctional Inst.
P.O. Box 779800
Miami, Florida  33177