FILED by _____ D.C.
INTAKE

MAY 24 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: Honorable [illegible]
U.S. District C[ourt]
Federal Courthouse [illegible]
[illegible] N. Miami Avenue, [illegible]
Miami, Florida 33128

Re: [illegible] v. [illegible]
Case No. [illegible]
Honorable C. T[illegible]

Dear Honorable Court Clerk [illegible]

In view of recent events, I [illegible]
[illegible]
Clerk file the enclosed [illegible]
[illegible] #[illegible] in the a[illegible]
captioned case. Please ac[knowledge]
receipt of this letter.

**COPY IN CHAMBERS**

xc: file
**MAGISTRATE JUDGE**
**SORRENTINO**

Sincerely yours,

[signature]

LPD - 505

To: [Port of ...] Police
    Dept ...
    [address] ...
    Ft. Lauderdale, FL 333..

From: Mr. Rnwy A Wciwer
      #9-Y-3071
      Federal Detention Cent..
      PO Box ...
      Miami, Florida 33101 ...

Re: ... ...
    4-17-01.

Dear Sir/Madam;  May ...

Recieving your ... ...
to [Felony] Complaint from me ...
included exhibits ... I also ...
informed this ... ... ... ...
of the ACTUAL ASSAULT ... ...
... ... ...

... ...

Since the ... ...
... ... ...
look based, ... ... ... to the
... ... ... in
..., in a last ditch effort
to try to prevent ... ... ...
or civil ... or ... ...
... ... ... ... ...
had me charged with assault. ———
I am not at all ...
... ..., as I have to ...
evidence on my ... ... at this
..., I'm willing to ... ... a
sworn statement, ... ... any
investigator from this office. I also
am willing to submit to an
"independent" poly graph ... to
further support my claim.
The attempt to try to charge
me ... ... ... assault

is hereby [illegible] of [illegible], but
I want [illegible] the case of my
intent to file an [illegible]
[illegible] [illegible] judicial [illegible]
I ask that this [illegible] office
proceed with its investigation
and I would ask **THAT** also the
State Attorney's [illegible] office
receive this also [illegible]

I already knew they would
[illegible] at court no [illegible] any
charge(s), so I'm on [illegible] [illegible]
for they or cause, [illegible] I can't
[illegible]!

Please acknowledge that you did
in fact receive this letter also
[illegible], I would like to know the
status of what is to do on [illegible]

[signature]

xc: [illegible]