# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

November 30, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

FILED by _____ D.C.
APPEAL

DEC 0 4 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

RE: 01-14426-C      Randy A. Weaver v. Federal Correctional Institutes
DC DKT NO.: 01-00325 CV-PCH

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pam Holloway (404) 335-6182

Encl.



DIS-4  (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-14426-C

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 30 2001

THOMAS K. KAHN
CLERK

RANDY A. WEAVER,

Plaintiff-Appellant,

versus

FEDERAL CORRECTIONAL INSTITUTE,
JAMES MEEHAN, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. The district court's July 27, 2001, order is neither final nor immediately appealable. See Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 275, 108 S.Ct. 1133, 1136, 99 L.Ed.2d 296 (1988); Feldspar Trucking Co., Inc. v. Greater Atlanta Shippers Ass'n, Inc., 849 F.2d 1389, 1392 (11th Cir. 1988).

/s/ _____
Deputy Clerk, Eleventh Circuit
Atlanta, Ga.