UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-325-CIV-HUCK
MAGISTRATE JUDGE SORRENTINO

RANDY A. WEAVER,

      Plaintiff,

v.                                    ORDER

JAMES MEEHAN, et al.,

      Defendants.

FILED by ___ D.C.
JUL 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA. - MIAMI

    For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

    ORDERED AND ADJUDGED as follows:

    1.   The plaintiff's motion (DE# 29) and renewed motion (DE# 30) to lift the July 27, 2001 stay in this case, are granted.

    2.   The Clerk is instructed to reopen the case, as to the defendants, Deputy U.S. Marshals Michael Gloctzner and James Meehan, against whom the sole remaining claims are that the plaintiff was subjected to the use of unlawful force at the federal courthouse in Ft. Lauderdale, Florida, on June 28, 2000.

    DONE AND ORDERED at Miami, Florida, this 19th day of July, 2002.

_____
UNITED STATES DISTRICT JUDGE

cc:  Randy A. Weaver, Pro Se