IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-325-CIV HUCK/Sorrentino

**RANDY WEAVER,**

      **Plaintiff,**

v.

**JAMES MEEHAN, et al.,**

      **Defendants.**

_____/

### DEFENDANTS' WITNESS LIST

COMES NOW, the Defendants, by and through the undersigned counsel, pursuant to the Court's order dated March 19, 2003, to provide this Witness List, as follows:

1. **James Meehan**
   United States Marshal's Service
   301 Green Street
   Fayetteville, N.C. 28302
   (910) 483-0550

2. **Michael Gloetzner**
   United States Marshal's Service
   299 East Broward Boulevard, Room 312
   Fort Lauderdale, Florida 33301
   (954) 356-7256

3. **Gary Grant**
   United States Marshal's Service
   299 East Broward Boulevard, Room 312
   Fort Lauderdale, Florida 33301
   (954) 356-7256

4. **Johnny Walker**
   United States Marshal's Service
   299 East Broward Boulevard, Room 312
   Fort Lauderdale, Florida 33301
   (954) 356-7256



5. **Susan Crimmins**
   Registered Nurse, Medical Unit
   299 East Broward Boulevard, Room 312
   Fort Lauderdale, Florida 33301
   (954) 356-7256

The Defendant reserves the right to modify this witness as needed from time to time within the limits of the law and pertinent order of the Court.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By _____
CHARLES S. WHITE
Assistant United States Attorney
Fla. Bar No. 394981
99 N.E. 4th Street, Suite 322
Miami, Florida 33131
Tel. (305) 961-9286
Fax. (305) 530-7139

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on March 31, 2003 to Randy Anthony Weaver, Plaintiff *pro se*, Reg. #92903-071, Federal Correctional Institution, P.O. Box 779800, Miami, Florida 33177.

By _____

2