

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER O1-325-CIV-HUCK

RANDY WEAVER,

V.

JAMES MEEHAN and
MICHAEL GLOETZNER,

     Defendant.

_____/

## JURY NOTE

*THE VERDICT IS IN.*

DATE: 9/18/03

FOREPERSON