

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 01-325-CIV HUCK

RANDY WEAVER,

        Plaintiff,

v.

JAMES MEEHAN, and
MICHAEL GLOETZNER,

        Defendants.
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**As to Defendant Michael Gloetzner, do you find from a preponderance of the evidence:**

1. That Defendant Michael Gloetzner intentionally committed acts constituting the use of excessive force against the Plaintiff while the Plaintiff was a pretrial detainee?

   Answer Yes or No     __No__

   [If you answered "Yes" to question 1, proceed to question 2. If you answered "No" to question 1, then skip to question 4.]

2. That Defendant Michael Gloetzner's acts were a proximate or legal cause of damages sustained by the Plaintiff?

   Answer Yes or No     _____

   [If you answered "Yes" to question 2, proceed to question 3. If you answered "No" to question 2, then skip to question 4.]

3. That Defendant Michael Gloetzner should pay Plaintiff damages to compensate Plaintiff for physical and emotional pain and mental anguish?

   Answer Yes or No     _____

   If you answered Yes, in what amount?  $ _____

   [Proceed to question 4.]



**As to Defendant James Meehan, do you find from a preponderance of the evidence**

[If your answer to question 1 is "No," you should answer "No" to question 4.]

4. That Defendant James Meehan failed to take reasonable steps to protect the Plaintiff from Defendant Michael Gloetzner's use of excessive force.

    Answer Yes or No     _No_

[If you answered "Yes" to question 4, proceed to question 5. If you answered "No" to question 4, then skip questions 5 and 6, and sign and date the form at the bottom of the page.]

5. That Defendant James Meehan's failure to act were a proximate or legal cause of damages sustained by the Plaintiff.

    Answer Yes or No     _____

[If you answered No to question 5, skip question 6, and sign and date the form at the bottom of the page.]

6. That Defendant James Meehan should pay Plaintiff damages to compensate Plaintiff for physical and emotional pain and mental anguish?

    Answer Yes or No     _____

    If you answered Yes, in what amount?     $ _____

SO SAY WE ALL.

_[signature]_                                    _Sept. 18, 2003_
Foreperson                                        Date